IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R.P. and R.P., for M.P., a minor child,
and on their own behalf,

    Plaintiff,

                              LEAD CASE NO.: 4:03cv387-SPM/AK

vs.

LEON COUNTY SCHOOL BOARD,
WILLIAM MONTFORD, Individually
and in his capacity as Superintendent,

    Defendants.
_____/

## ORDER DISMISSING CASE AND SEALING DOCUMENTS

This cause comes before the Court on the parties' joint motion to seal (doc. 93) and consented motion for voluntary dismissal (doc. 94). Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The motions (docs. 93 and 94) are granted.

2,    The clerk shall seal all records in these consolidated cases except for this order and documents 12 and 90.

3. This case is dismissed with prejudice pursuant to the parties' settlement agreement.

DONE AND ORDERED this 14th day of November, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:03cv387-SPM/AK